BRIAN BLATTLER
20 E DESOTO
RHINELANDER WIS
54501



7th DISTRIC C
120 N HENRY
#550    MADISO
53703