23CV536 JDP

Your Honner

FILED/REC'D
2023 NOV 14 A 11:42
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

I have a question

1 I am trying to get out of this wheel chair I was put in.

1 there is a JOB in michigan I am trying to get (upper) maybe Visha court?

2. anything more that is needed?

3 If I get Job can pay for court?