IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN BLATTLER,

                      Plaintiff,

v.

BRETT SCHNEIDER and SCHNEIDER ELECTRIC,

                      Defendants.

OPINION and ORDER

23-cv-536-jdp

---

Plaintiff Brian Blattler, without counsel, alleges that defendants Brett Schneider and Schneider Electric have stolen vehicles and other property from him. After screening the complaint, I concluded that Blattler didn't state any federal law claims for relief. Dkt. 6. He also failed to show that this court could exercise diversity jurisdiction over his state-law conversion claims: he alleges that he is a Wisconsin citizen but he didn't allege the citizenships of either Brett Schneider or Schneider Electric. *Id.* I gave Blattler a chance to file a supplement to his complaint explaining defendants' citizenship. *Id.*

Blattler has responded with a series of submissions, most of them including photos or other documents that I take to be descriptions of the property that defendants have taken from him. *See* Dkts. 7–19. Blattler does say that both he and Brett Schneider are United States citizens, Dkt. 8, which does not solve the diversity problem; this court can hear his state-law claims only if he and Schneider are citizens of different states. The burden is on Blattler to establish that defendants are citizens of a different state. *See Smart v. Local 702 Int'l Bhd. of Elec. Workers*, 562 F.3d 798, 802–03 (7th Cir. 2009). He has not met that burden: nothing in his submissions suggests anything other than that Brett Schneider and Schneider Electric are also Wisconsin citizens. So I will dismiss the case for lack of subject matter jurisdiction.

ORDER

IT IS ORDERED that is DISMISSED without prejudice for lack of subject matter jurisdiction. The clerk of court is directed to enter judgment accordingly and close the case.

Entered May 1, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge